UNITED STATES of America,
Plaintiff–Appellee,

v.

Marco Antonio NEGRETE–SAENZ,
Defendant–Appellant.

No. 05–10778.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2007.*

Filed March 16, 2007.

Karen A. Escobar, Esq., USF—Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Marco Antonio Negrete–Saenz, FCI-TA—Federal Correctional Institution, Taft, CA, Katherine L. Hart, Esq., Law Offices of Katherine L. Hart, Mario Disalvo, Law Offices of Mario Disalvo, Fresno, CA, for Defendant–Appellant.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Marco Antonio Negrete–Saenz appeals from the 235–month sentence imposed following his jury-trial conviction. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Negrete–Saenz contends that the district court erred by denying a two-level

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

reduction in offense level for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1. We conclude that the district court did not clearly err by finding that Negrete–Saenz did not accept responsibility for the counts of conviction. *See United States v. Wilson,* 392 F.3d 1055, 1061–63 (9th Cir.2005).

**AFFIRMED.**